[No. 10,672.—Department Two.]

## THE PEOPLE *v.* ISAAC N. TITHERINGTON.

POSSESSION OF STOLEN PROPERTY—INSTRUCTION AS TO WEIGHT OF EVI-
DENCE.—Whether the possession of stolen property is strong evidence,
or only slight evidence tending to show guilt, is a matter for the jury to
pass upon, and not for the Court to determine.

APPEAL from a judgment of conviction, and from an order
refusing a new trial, and from an order denying a motion in
arrest of judgment. in the Superior Court of Lassen county.
HENDRICK, J.

*C. G. Kelly,* for Appellant.

*A. L. Hart,* Attorney General, for Respondent.

The COURT:

Defendant was prosecuted for burglary, and on the trial
the Court gave the jury the following instruction: "Although
the possession of property alleged to have come from the
house named in the information is not sufficient to convict
the defendant of burglary or larceny, as stated in the second
instruction, given at request of defendant, yet that instruc-
tion refers to the possession of such property alone. But
such possession, if proven to the satisfaction of the jury, and
unexplained by the defendant, supported by other circum-
stances tending to show guilt, is a strong circumstance tend-
ing to show guilt."

Such an instruction was held erroneous by this Court, in
Bank, in the case of *The People etc.* v. *Ah Sing.* It was said
in that case that "whether the possession was strong evidence,
or only slight evidence tending to show guilt, was a matter
for the jury to pass upon, and not a question for the Court
to determine." *(Supra.)*

Judgment and order reversed, and cause remanded for a
new trial.